IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RONALD MCCARTHY, | * |
| Plaintiff, | * |
| v. | Case No.1:22-CV-72(LAG) |
| | * |
| CITY OF CORDELE, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 29, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 29th day of March, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk