**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **ROLAND MCCARTHY,** | |
| **Plaintiff,** | **Civil Action File No.** |
| **v.** | |
| **CITY OF CORDELE, GEORGIA** | **1:22-cv-00072-LAG** |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this 30th day of October, 2025.

WE CONSENT AND SO STIPULATE:

| | |
|---|---|
| */s/ J. Daniel Cole* | */s/ Michael M. Hill* |
| J. Daniel Cole | Michael M. Hill |
| Georgia Bar No. 450675 | Georgia Bar No. 770486 |
| dcole@pcwlawfirm.com | mhill@fmglaw.com |
| Andrew Y. Coffman | Kelli N. Spearman |
| Georgia Bar No. 173115 | Georgia Bar No. 187882 |
| acoffman@pcwlawfirm.com | kelli.spearman@fmglaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |